NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1285

KENNETH ARVIE

VERSUS

CONN'S CREDIT COMPANY, ET AL.

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-C-0362-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Robert L. Ellender
Kristen B. Menard
Hoai T. Hoang
Voorhies & Labbé
P. O. Box 3527
Lafayette, LA 70502-3527
(337) 232-9700
Counsel for Defendant/Appellant:
    CAI, L.P.

Marion Overton White
Attorney At Law
511 East Landry Street
Opelousas, LA 70570
(337) 948-8296
Counsel for Plaintiff/Appellee:
    Kenneth Arvie